IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| HIKEEM TORRENCE | : | No. 10-620-13 |

# O R D E R

**AND NOW**, this 12th day of July, 2012, upon consideration of Defendant's, Hikeem Torrence, Motion to Suppress Physical Evidence and Statements and Motion in Limine to Exclude Evidence (Doc. No. 191), the Government's Response thereto (Doc. No. 375), and following an evidentiary hearing on Tuesday, May 15, 2012 and Wednesday, May 16, 2012 with all counsel, it is hereby ORDERED that the motion is **DENIED**.

BY THE COURT:


/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.